# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| JOHN C. DUVALL, | ) |
| :--- | :--- |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-17-247-F |
| OKLAHOMA STATE BOARD OF OSTEOPATHIC EXAMINERS, et al., | ) |
| Defendants. | ) |

## ORDER

Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this matter on April 4, 2017. Doc. no. 6. The Report recommends: 1) denial of plaintiff's application for leave to proceed *in forma pauperis*; 2) an order requiring plaintiff to pay the $400 filing fee; and 3) dismissal of this action if, within twenty-one days of any order adopting the Report, plaintiff fails to pay the filing fee or show good cause for the failure to do so.

Plaintiff, a state prisoner proceeding *pro se*, has now paid the $400.00 filing fee. Doc. no. 7 (receipt). Accordingly, it is clear that plaintiff does not object to the recommendations made in the Report.

The court **ACCEPTS**, **AFFIRMS** and **ADOPTS** the Report. As recommended in the Report, and in light of plaintiff's payment of the filing fee, plaintiff's application to proceed *in forma pauperis* is **DENIED**. Doc. no. 2. Payment of the filing fee renders the Report's other recommendations **MOOT**. This

matter is re-referred to the magistrate judge for all proceedings consistent with the original referral.

Dated this 14th day of April, 2017.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0247p002